GOVERNMENT EMPLOYEES INSURANCE Co. et al., Respondents, v AVANGUARD MEDICAL GROUP, PLLC, Appellant.

Submitted January 11, 2016; decided January 14, 2016

Submitted January 11, 2016; decided January 14, 2016

Motion by New York State Association of Ambulatory Surgery Centers, Inc. for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.